

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                        01-14-00648-CV

Style:                               Barrett Wakefield and Howard Wakefield III

                                     **v.** Sam Ayers and Claudia Ayers

Date motion filed[*]:                November 19, 2014

Type of motion:                      Motion for extension of time to respond to notice

Party filing motion:                 Appellant Barrett Wakefield

Document to be filed:                Response to Notice

Is appeal accelerated?        No

If motion to extend time:

    Original due date:                      November 18, 2014

    Number of previous extensions granted:            Current Due date:

    Date Requested:

Ordered that motion is:

    ☑       Granted in part

            If document is to be filed, document due: **January 2, 2015**

            ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

   Appellants' response to this Court's notice of intent to dismiss, issued November 4, 2014, is due to be filed no later than January 2, 2015.

Judge's signature:   /s/ Terry Jennings
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  December 4, 2014